IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| **DEREK L. BEASLEY, individually and on behalf of a class of others similarly situated,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **CIVIL ACTION NO. 1:12-CV-455-WS-C** |
| **COUCH, CONVILLE & BLITT, LLC, and ASSET ACCEPTANCE, LLC,** ) ) ) ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Couch, Conville & Blitt, LLC, by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Derek L. Beasley against all defendants.

Defendant, therefore, requests that this Honorable Court give the parties 30 days to file the necessary dismissal papers.

Respectfully submitted,

*/s/ Rachel R. Friedman*
R. Frank Springfield (SPR024)
Zachary D. Miller (MIL135)
Rachel R. Friedman (FRI045)
Attorneys for Defendant
COUCH, CONVILLE & BLITT, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:    (205) 251-3000
Facsimile:    (204) 458-5110
fspringf@burr.com

2037032 v1

zmiller@burr.com
rfriedma@burr.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 3rd day of October, 2012:

Earl P. Underwood, Jr.
James D. Patterson
Ken J. Riemer
Underwood & Riemer, P.C.
166 Government Street, Suite 100
Mobile, AL 36602

*/s/ Rachel R. Friedman*
OF COUNSEL

2037032 v1

2