IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEREK L. BEASLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 12-0455-WS-C |
| | ) |
| **COUCH, CONVILLE & BLITT,** | ) |
| **LLC,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 3, 2012, defendant Couch, Conville & Blitt, LLC, by and through its counsel of record, filed a "Notice of Settlement" (doc. 16), reflecting that this action has been compromised and settled in its entirety, as to all claims and all parties. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear his or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 4th day of October, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE